IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-036 |
| | ) | (VARLAN/GUYTON) |
| REGINALD L. HALL, ADVANCED | ) | |
| INTEGRATED MANAGEMENT SERVICES, | ) | |
| INC. ("AIMSI"), and DAVID F. REEDER, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case came before the Court on January 5, 2006, for a motion hearing. Assistant United States Attorney Guy Blackwell was present for the government. Thomas Dillard and Wade Davies were present for the defendant Reginald L. Hall, who also was present. Nelson M. Jones, III, was present for the defendant Advanced Integrated Management Services, Inc. Douglas Trant was present for the defendant David F. Reeder.

The defendant David F. Reeder and the defendant Advanced Integrated Management Services, Inc. have each filed a Motion To Adopt [Docs. 24 and 25], stating in part that each defendant asks to have all motions filed by defendant Reginald Hall automatically be treated as adopted by them unless they "opt out."

1

The undersigned has conferred with District Judge Varlan and District Judge Phillips and has been instructed that such a "blanket adoption" procedure as sought by the said motions is not acceptable in this division of the Eastern District.

Accordingly, the defendants' Motions To Adopt [Docs. 24, 25] are **GRANTED in part and DENIED in part**, as follows: for all motions filed by the defendant Hall prior to January 6, 2006, the other defendants are deemed to have joined in said motions. For each motion filed by the defendant Hall after January 6, 2006, if another defendant wants to join in the motion, that defendant's counsel will file a Notice To Join In Motion with the Court, specifically identify the motion by docket number, and in that notice certify that counsel has read the particular motion in question, and that the matters raised therein do also apply to counsel's client.

**IT IS SO ORDERED.**

**ENTER:**

    s/ H. Bruce Guyton
United States Magistrate Judge