IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CR-036 |
| ) | (VARLAN/GUYTON) |
| REGINALD L. HALL, ADVANCED ) | |
| INTEGRATED MANAGEMENT SERVICES, ) | |
| INC. ("AIMSI"), and DAVID F. REEDER, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case came before the Court on January 5, 2006, for a motion hearing. Assistant United States Attorney Guy Blackwell was present for the government. Thomas Dillard and Wade Davies were present for the defendant Reginald L. Hall, who also was present. Nelson M. Jones, III, was present for the defendant Advanced Integrated Management Services, Inc. Douglas Trant was present for the defendant David F. Reeder.

The government made a Motion To Continue [Doc. 52] the January 23, 2006 trial date. Counsel for the defendants advised the Court that the defendants took no position on the requested continuance, either opposing or in favor.

The Court finds the Motion To Continue [Doc. 52] to be well taken, and it is **GRANTED**. All Speedy Trial Act considerations in this case previously were determined on April 28, 2005 by the declaration of this case as complex and unusual [Doc. 15] for Speedy Trial Act

1

purposes.

In light of these findings and its granting of the oral motion, the Court set a new trial date of **July 31, 2006**. The Court further finds that the period of time between January 5, 2006 and the new trial date of **July 31, 2006**, shall be fully excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A)-(B).

The defendants requested additional time for disclosure of expert information. The Court **GRANTED** the request. The new deadline for expert disclosure shall be **March 3, 2006**.

Accordingly, it is **ORDERED:**

(1) The Motion To Continue the trial [Doc. 52] is **GRANTED**;

(2) The trial is reset to commence at **9:00 a.m., on July 31, 2006,** before the Honorable Thomas A. Varlan, United States District Judge;

(3) All time between **January 5, 2006,** and the new trial date of **July 31, 2006**, is fully excludable time under the Speedy Trial Act for the reasons set forth above;

(4) A pretrial conference is set in this case for **July 24, 2006, at 9:30 a.m.**

(5) The new deadline for expert disclosure is **March 3, 2006.**

**IT IS SO ORDERED.**

                                          **ENTER:**

                                            s/ H. Bruce Guyton
                                        United States Magistrate Judge