IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CR-36 |
| ) | (VARLAN/GUYTON) |
| REGINALD L. HALL, ADVANCED ) | |
| INTEGRATED MANAGEMENT SERVICES, ) | |
| INC. ("AIMSI"), and DAVID F. REEDER, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate.

Defendant Reginald L. Hall moves the Court for an Order extending the deadline for expert witness disclosure until two weeks following filing of the Court's Order on the motions to dismiss. [Doc. 75]. The government does not oppose the defendant's request for an extension of time. Defendant David F. Reeder moves to adopt defendant Hall's motion. [Doc. 76].

For good cause shown, defendant Reeder's Motion to Adopt Defendant Reginald L. Hall's Motion for Extension of Expert Witness Disclosure Deadline [Doc. 76] is **GRANTED.** Defendant Reginald L. Hall's Motion for Extension of Expert Witness Disclosure Deadline [Doc.

76] is **GRANTED.** The defendants' expert witness disclosure deadline is **EXTENDED** to **March 22, 2006**.

      **IT IS SO ORDERED.**

                   **ENTER:**

                       s/ H. Bruce Guton
                    United States Magistrate Judge