IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-36 |
| | ) | (VARLAN/GUYTON) |
| REGINALD L. HALL, ADVANCED | ) | |
| INTEGRATED MANAGEMENT SERVICES, | ) | |
| INC. ("AIMSI"), and DAVID F. REEDER, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate.

**I.  Second Motion for Extension of Expert Witness Disclosure Deadline**

Defendant Reginald L. Hall moves the Court for an Order extending the deadline for expert witness disclosure until two weeks following the District Court's ruling on the defendants' objections to this Court's Report and Recommendation. [Doc. 83]. Defendants David F. Reeder and Advanced Integrated Management Services, Inc. ("AIMSI") move to adopt defendant Hall's motion. [Docs. 84, 85]. The government does not oppose the defendants' request for an extension of time.

For good cause shown, defendant Reeder's Motion to Adopt Defendant Reginald L. Hall's Second Motion for Extension of Expert Witness Disclosure Deadline [Doc. 84] and defendant

AIMSI's Motion to Adopt Defendant Reginald L. Hall's Second Motion for Extension of Expert Witness Disclosure Deadline [Doc. 85] are **GRANTED.** Defendant Reginald L. Hall's Second Motion for Extension of Expert Witness Disclosure Deadline [Doc. 76] is **GRANTED.** The defendants' expert witness disclosure deadline is hereby **EXTENDED** for a period of two weeks following the filing of the District Court's ruling on this Court's Report and Recommendation.

**II.**     **Motion for Extension of Time**

The government moves for an extension of time to respond to the defendants' objections to this Court's Report and Recommendation. [Doc. 87]. For good cause shown, the government's Motion for Extension of Time [Doc. 87] is **GRANTED**. The government shall have until **April 11, 2006** to file its response.

**IT IS SO ORDERED.**

ENTER:

  s/ H. Bruce Guyton  
United States Magistrate Judge