IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-36 |
| | ) | (VARLAN/GUYTON) |
| REGINALD L. HALL, ADVANCED | ) | |
| INTEGRATED MANAGEMENT SERVICES, | ) | |
| INC. ("AIMSI"), and DAVID F. REEDER, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate.

Defendant David F. Reeder moves to adopt Defendant Reginald L. Hall's Response to the Government's Fourth Supplemental Expert Disclosures as to Alice Peterson, Robert Gibson, and Nicole Porter. [Doc. 145]. Defendant Reeder also requests that any other motions filed by Defendant Hall be deemed adopted by Reeder, unless Reeder opts out.

For good cause shown, Defendant Reeder's Motion to Adopt Defendant Reginald L. Hall's Response to the Government's Fourth Supplemental Expert Disclosures as to Alice Peterson,

Robert Gibson, and Nicole Porter [Doc. 145] is **GRANTED**. Defendant's request for a "blanket" adoption of any future motions is **DENIED**.

**IT IS SO ORDERED.**

**ENTER:**

    s/ H. Bruce Guyton
United States Magistrate Judge